Marie Ward, appellant, v. Donald Seeley, administrator of the estate of Emma Fassett, deceased, appellee. Gen. No. 36,228.

Opinion filed February 6, 1933.
George D. Sullivan and Martin M. Ward, for appellant; Martin M. Ward, of counsel. David J. A. Hayes, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Sigmund Woolner for the use of West Side Trust & Savings Bank, defendant in error, v. Sig Woolner Company, plaintiff in error. Gen. No. 36,240.

Opinion filed February 6, 1933. Rehearing denied and opinion modified February 20, 1933.
Solomon & Borden, for plaintiff in error. Arkin, Berman & Marks, for defendant in error.
Mr. Justice Matchett delivered the opinion of the court.

Louis Silver, appellant, v. David Sidransky et al., appellees. Gen. No. 36,249.

Opinion filed February 6, 1933. Rehearing denied February 21, 1933.
Julius H. Gross and Arnold Davidson, for appellant. No appearance for appellees.
Mr. Justice Matchett delivered the opinion of the court.

Appeal of Chicago Title & Trust Company, complainant, for order entered on intervening petition of Uptown State Bank and answer thereto.
Chicago Title & Trust Company, appellant, v. Arnold Apartments Building Corporation, appellee. Gen. No. 36,259.

Opinion filed February 6, 1933.
Urion, Drucker, Bishop & Boutell, for appellant; William B. Gemmill and T. L. Hamer, of counsel. Ela, Grover & March, for appellee; Lyle H. Rossiter, of counsel.
Mr. Justice Matchett delivered the opinion of the court.